# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2023

### NO. 03-22-00310-CV

**Angela Faye Seals, Appellant**

**v.**

**Virgil Lee Seals, III, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
AFFIRMED IN PART, DISMISSED IN PART, AND
PETITION FOR WRIT OF MANDAMUS DENIED -- OPINION BY JUSTICE BAKER**

This is an appeal from the December 16, 2021 Agreed Order on Petition for Partition by Sale (Agreed Order), the March 3, 2022 Order of Enforcement by Contempt (Contempt Order), and the May 4, 2022 Order on Motion for Court to Order Sale of Property (Sale Order). Having reviewed the record and the parties' arguments, the Court holds that we do not have jurisdiction over appellant's first issue and having overruled her second and third issues, we dismiss her attempted appeal from the trial court's December 16, 2021 order, deny her petition for writ of mandamus challenging the trial court's March 3, 2022 order, and affirm the trial court's May 4, 2022 order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.